UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
IN RE:                              )
                                    )
MEDICARE REIMBURSEMENT LITIGATION   )
                                    )
_____)   Misc. No. 03-0090 (PLF)
                                    )
This document relates to:           )
                                    )
ALL ACTIONS                         )
_____)

ORDER

This matter comes before the Court for the consolidation of <u>Memorial Health System v. Leavitt</u>, Civil Action No. 06-0796 (PLF), <u>Middlesex Hospital v. Leavitt</u>, Civil Action No. 06-0797 (PLF), <u>Public Hospital District No. 2, Snohomish County Washington</u>, Civil Action No. 06-0798 (PLF), <u>West Contra Costa Healthcare District v. Leavitt</u>, Civil Action No. 06-0799 (PLF), <u>Baptist St. Anthony's Health System v. Leavitt</u>, Civil Action No. 06-0800 (PLF), <u>Fletcher Allen Health Care, Inc.</u>, Civil Action No. 06-0801 (PLF), and <u>Anniston H.M.A., Inc.</u>, Civil Action No. 06-0804 (PLF), with those actions previously consolidated with <u>Baystate Health Systems v. Leavitt</u>, Civil Action No. 02-0601 (PLF), which are managed in the above-captioned miscellaneous action. Under Rule 42(a) of the Federal Rules of Civil Procedure, the Court may consolidate separately filed cases when the cases involve a common question of law or fact. <u>See</u> FED. R. CIV. P. 42(a). Under Local Civil Rule 40.5(d), motions to consolidate shall be determined by the judge to whom the earliest numbered case is assigned. <u>See</u> LCvR 40.5(d). The Court has determined that these two actions involve the same or similar legal issues as those

cases previously consolidated, and therefore concludes that consolidation is appropriate.

Accordingly, it is hereby

ORDERED *sua sponte* that Memorial Health System v. Leavitt, Civil Action No. 06-0796 (PLF), Middlesex Hospital v. Leavitt, Civil Action No. 06-0797 (PLF), Public Hospital District No. 2, Snohomish County Washington, Civil Action No. 06-0798 (PLF), West Contra Costa Healthcare District v. Leavitt, Civil Action No. 06-0799 (PLF), Baptist St. Anthony's Health System v. Leavitt, Civil Action No. 06-0800 (PLF), Fletcher Allen Health Care, Inc., Civil Action No. 06-0801 (PLF), and Anniston H.M.A., Inc., Civil Action No. 06-0804 (PLF), are CONSOLIDATED with those actions previously consolidated with Baystate Health System v. Leavitt, Civil Action No. 02-0601 (PLF); and it is

FURTHER ORDERED that the parties in these newly consolidated actions shall review the March 25, 2003 Case Management Order issued in this miscellaneous action and the procedures delineated therein.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: May 4, 2006