From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: **U.S. Postal Service Track & Confirm email Restoration**
Date: August 21, 2006 4:01:23 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

les alderman has requested that you receive this restoration information Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Postal

Label Number: 7005 1820 0004 0055 9853

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10 |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:47pm |

USPS has not verified the validity of any email addresses submitted via its

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

WASHINGTON DC 20001

| | |
|---|---|
| Postage | $1.35 |
| Certified Fee | $2.40 |
| Return Receipt Fee (Endorsement Required) | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.60 |

Sent To: Civil Process Clerk, US Attorney
Street, Apt. No.; or PO Box No.: 555 4th St. NW
City, State, ZIP+4: Washington DC 20001

PS Form 3800, June 2002   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   US Attorney General
   950 Pennsylvania Ave NW
   Washington, DC 20530

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9921

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name) / C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Michael O. Leavitt
   Secretary DHHS
   200 Independence Ave SW
   Washington DC 20201

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9914

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X
B. Received by (Printed Name) / C. Date of Delivery: 6/19/06
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☒ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540