From: "U.S._Postal_Service_"<U.S._Postal_Service@usps.com>
Subject: **U.S. Postal Service Track & Confirm email Restoration**
Date: August 21, 2006 4:01:23 PM EDT
To: lalderman@a-dlaw.com

This is a post-only message. Please do not respond.

les alderman has requested that you receive this restoration informa[tion from] Track & Confirm as listed below.

Current Track & Confirm e-mail information provided by the U.S. Pos[tal Service:]

Label Number: 7005 1820 0004 0055 9853

Service Type: Certified

| Shipment Activity | Location | Date & Time |
|---|---|---|
| Delivered | WASHINGTON DC 20001 | 06/16/06 10[:__] |
| Arrival at Unit | WASHINGTON DC 20001 | 06/16/06 8:06am |
| Acceptance | WASHINGTON DC 20035 | 06/14/06 2:47pm |

USPS has not verified the validity of any email addresses submitted via its [website.]

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20001

| Postage | $ | 1.35 |
| Certified Fee | | $2.40 |
| Return Receipt Fee (Endorsement Required) | | $1.85 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.60 |

Postmark Here — JUN 14 2006 — WASHINGTON SQUARE PO 20035-9997

Memorial

Sent To: *Civil Process Clerk, US Attorney*
Street, Apt. No.; or PO Box No.: *555 4th St. NW*
City, State, ZIP+4: *Washington DC 20001*

PS Form 3800, June 2002          See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *Michael O. Leavitt*
   *Secretary DHHS*
   *200 Independence Ave SW*
   *Washington DC 20801*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): [illegible]    C. Date of Delivery: 6/19/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9914

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   *US Attorney General*
   *950 Pennsylvania Ave NW*
   *Washington, DC 20530*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X [signature]
B. Received by (Printed Name): [illegible]    C. Date of Delivery: 6/19/06
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0004 0055 9921

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540