# UNITED STATES DISTRICT COURT FOR

## THE DISTRICT OF COLUMBIA

---

IN RE:                                          :
MEDICARE REIMBURSEMENT                          :
LITIGATION                                      :

---                                             :

This document relates to:                       :
                                                :     MISC. NO:   03-0090 (PLF)
BAYSTATE HEALTH SYSTEM, ET AL. :
v. THOMPSON, No. 02-0601                        :
                                                :
COVENANT MEDICAL CENTER v.                      :
THOMPSON, No. 02-0683                           :
                                                :
SAINT LUKE'S HOSPITAL OF                        :
KANSAS CITY v THOMPSON, No. 02-                 :
1373                                            :
                                                :
ST. FRANCIS MEDICAL CENTER v.                   :
THOMPSON, No. 02-1635                           :
                                                :
BRIGHAM & WOMEN'S HOSPITAL,                     :
ET AL. v. THOMPSON, No. 02-1731                 :
                                                :
VIA CHRISTI REGIONAL MEDICAL                    :
CENTER, INC. v. THOMPSON, No. 02-               :
1890                                            :
                                                :
ST. VINCENT HEALTH CENTER v.                    :
THOMPSON, No. 02-1891                           :
                                                :
JOHNSON CITY MEDICAL CENTER v. :
THOMPSON, No. 02-1892                           :
                                                :
ST. JOHN'S HEALTH SYSTEM NE                     :
COMMUNITY HOSPITAL v.                           :
THOMPSON, No. 02-1893                           :
                                                :
PRESBYTERIAN HOSPITAL v.                        :
THOMPSON, No. 02-1899                           :
                                                :
FORSYTH MEMORIAL HOSPITAL, ET :
AL. v. THOMPSON, No. 02-1900                    :
                                                :
                                                :

_____

| | |
|---|---|
| NAPLES COMMUNITY HOSPITAL v. THOMPSON, No. 02-1901 | : |
| | : |
| VIRGINIA MASON MEDICAL CENTER v. THOMPSON, No. 02-1902 | : |
| | : |
| NEBRASKA HEALTH SYSTEM, INC. v. THOMPSON, No. 02-1903 | : |
| | : |
| THE WATERBURY HOSPITAL v. THOMPSON, No. 02-1905 | : |
| | : |
| AVERA MCKENNAN HOSPITAL v. THOMPSON, No. 02-1907 | : |
| | : |
| RAPID CITY REGIONAL HOSPITAL v. THOMPSON, No. 02-1908 | : |
| | : |
| UNIVERSITY OF WASHINGTON D/B/A HARBORVIEW MEDICAL CENTER v. THOMPSON, No. 02-1910 | : |
| | : |
| DUKE UNIVERSITY HEALTH SYSTEM, INC. v. THOMPSON, No. 02-1911 | : |
| | : |
| WILLIAM BACKUS HOSPITAL v. THOMPSON, No. 02-1912 | : |
| | : |
| STAMFORD HOSPITAL v. THOMPSON, No. 02-1913 | : |
| | : |
| DANBURY HOSPITAL v. THOMPSON, No. 02-1914 | : |
| | : |
| NEW BRITAIN GENERAL HOSPITAL v. THOMPSON, No. 02-1915 | : |
| | : |
| EDWARD W. SPARROW HOSPITAL v. THOMPSON, No. 02-1916 | : |
| | : |
| W.A. FOOTE MEMORIAL HOSPITAL v. THOMPSON, No. 02-1918 | : |
| | : |
| | : |

BAPTIST MEMORIAL HOSPITAL v.    :
THOMPSON, No. 02-1919
                                :
                                :
VALLEY PRESBYTERIAN HOSPITAL    :
v. THOMPSON, No. 02-1920        :
                                :
DENVER GENERAL HOSPITAL  v.     :
THOMPSON, No. 02-1921           :
                                :
MONONGAHELA VALLEY HOSPITAL :
v. THOMPSON, No. 02-1924        :
                                :
UNIVERSITY OF KANSAS HOSPITAL   :
AUTHORITY v. THOMPSON, No. 02-  :
1926                            :
                                :
GLENWOOD REGIONAL MEDICAL       :
CENTER v. THOMPSON, No. 02-1927 :
                                :
MERITER HOSPITAL, INC., ET AL. v. :
THOMPSON, No. 02-2350           :
                                :
PRESBYTERIAN HOSPITAL OF        :
DALLAS, ET AL. v. THOMPSON, No. :
02-2409                        :
                                :
VIA CHRISTI REGIONAL MEDICAL    :
CENTER, INC. v. THOMPSON, No. 03- :
0221                           :
                                :
SAINT LUKE'S HOSPITAL OF        :
KANSAS CITY v. THOMPSON, No. 03- :
0245                           :
                                :
SISTERS OF ST. FRANCIS HEALTH   :
SERVICES, INC. v. THOMPSON, No.  :
03-0267                        :
                                :
WINTER HAVEN HOSPITAL v.        :
THOMPSON, No. 03-0280           :
                                :
SALEM MEMORIAL CORPORATION v. :
THOMPSON, No. 03-0297           :
                                :
                                :
                                :

3

BAPTIST MEMORIAL HOSPITAL-         :
UNION CITY v. THOMPSON, No. 03-    :
0298                               :
                                   :
BAPTIST ST. ANTHONY HEALTH         :
SYSTEM v. THOMPSON, No. 03-0299    :
                                   :
FRANKLIN BENEVOLENT                :
CORPORATION v. THOMPSON, No. 03-:
0301                               :
                                   :
MEDICAL CENTER EAST, INC. v.       :
THOMPSON, No. 03-0312              :
                                   :
SWEDISH COVENANT HOSPITAL v.       :
THOMPSON, No. 03-0315              :
                                   :
ST. JOSEPH REGIONAL HEALTH         :
CENTER v. THOMPSON, No. 03-0316    :
                                   :
ROBERT WOOD JOHNSON                :
UNIVERSITY HOSPITAL v.             :
THOMPSON, No. 03-0317              :
                                   :
ST. CLAIRE MEDICAL CENTER v.       :
THOMPSON, No. 03-0318              :
                                   :
COLUMBUS REGIONAL HOSPITAL v. :
THOMPSON, No. 03-0319              :
                                   :
SOMERSET HOSPITAL v. THOMPSON, :
No. 03-0320                        :
                                   :
SANTA BARBARA COTTAGE              :
HOSPITAL v. THOMPSON, No. 03-0322 :
                                   :
HARRISBURG HOSPITAL, ET AL. v.     :
THOMPSON, No. 03-0323              :
                                   :
CLARA MAASS MEDICAL CENTER v. :
THOMPSON, No. 03-0332              :
                                   :
CABRINI MEDICAL CENTER v.          :
THOMPSON, No. 03-0333              :
                                   :
UNITED HEALTH SERVICES             :
HOSPITALS, INC. v. THOMPSON, No.   :
03-0334                            :

4

LITTLE FALLS HOSPITAL v.               :
THOMPSON, No. 03-0335                   :
                                       :
MERCY MEDICAL CENTER OF                :
SPRINGFIELD v. THOMPSON, No. 03-       :
0336                                    :
                                       :
MEDICAL COLLEGE OF OHIO                :
HOSPITAL v. THOMPSON, No. 03-0337 :
                                       :
JACKSON HOSPITAL & CLINIC, INC.        :
v. THOMPSON, No. 03-0339               :
                                       :
SPARTANBURG REGIONAL                   :
MEDICAL CENTER v. THOMPSON, No.        :
03-0340                                :
                                       :
YALE-NEW HAVEN HOSPITAL v.             :
THOMPSON, No. 03-0341                  :
                                       :
MARIETTA MEMORIAL HOSPITAL v.          :
THOMPSON, No. 03-0342                  :
                                       :
BRIDGEPORT HOSPITAL v.                 :
THOMPSON, No. 03-0343                  :
                                       :
UNIVERSITY OF COLORADO                 :
HOSPITAL v. THOMPSON, No. 03-0345 :
                                       :
HOSPITAL FOR JOINT DISEASES            :
ORTHOPEDIC INSTITUTE v.                :
THOMPSON, No. 03-0346                  :
                                       :
LENNOX HILL HOSPITAL v.                :
THOMPSON, No. 03-0347                  :
                                       :
ALLIANCE COMMUNITY HOSPITAL            :
v. THOMPSON, No. 03-0348               :
                                       :
ROBINSON MEMORIAL HOSPITAL v.          :
THOMPSON, No. 03-0349                  :
                                       :
ST. RITA'S MEDICAL CENTER v.           :
THOMPSON, No. 03-0350                  :
                                       :
H. LEE MOFFITT CANCER CENTER v.        :
THOMPSON, No. 03-0351                  :
                                       :
JEFFERSON MEMORIAL HOSPITAL v.         :
THOMPSON, No. 03-0352                  :
                                       :

COVENANT HEALTH                                    :
SYSTEM/METHODIST HOSPITAL v.                       :
THOMPSON, No. 03-0354                              :
                                                   :
METHODIST HOSPITAL OF                              :
SOUTHERN CALIFORNIA, INC. v.                       :
THOMPSON, No. 03-0355                              :
                                                   :
ST. VINCENT HOSPITAL v.                            :
THOMPSON, No. 03-0356                              :
                                                   :
ST. DOMINIC-JACKSON MEMORIAL                       :
HOSPITAL, INC. v. THOMPSON, No.                    :
03-0358                                            :
                                                   :
DELTA REGIONAL MEDICAL                             :
CENTER, ET AL. v. THOMPSON, No.                    :
03-0359                                            :
                                                   :
PROVENA UNITED SAMARITANS                          :
HOSPITAL, ET AL. v. THOMPSON, No.                  :
03-0363                                            :
                                                   :
ST. JOHN HOSPITAL & MEDICAL                        :
CENTER v. THOMPSON, No. 03-0364                    :
                                                   :
METHODIST HOSPITALS, INC., ET AL.                  :
v. THOMPSON, No. 03-0391                           :
                                                   :
ST. VINCENT'S HOSPITAL &                           :
MEDICAL CENTER OF NEW YORK v.                      :
THOMPSON, No. 03-0392                              :
                                                   :
ST. VINCENT MEDICAL CENTER v.                      :
THOMPSON, No. 03-0393                              :
                                                   :
ST. LUKE'S EPISCOPAL HOSPITAL v.                   :
THOMPSON, No. 03-0394                              :
                                                   :
MEASE DUNEDIN HOSPITAL v.                          :
THOMPSON, No. 03-0395                              :
                                                   :
MEDICAL CENTER AT BOWLING                          :
GREEN v. THOMPSON, No. 03-0396                     :
                                                   :
BETHESDA MEMORIAL HOSPITAL v.                      :
THOMPSON, No. 03-0397                              :
                                                   :

6

SOUTH FLORIDA BAPTIST HOSPITAL :
v. THOMPSON, No. 03-0398          :
                                 :
METHODIST HOSPITALS, INC., ET AL.:
v. THOMPSON, No. 03-0399         :
                                 :
CAPE FEAR VALLEY MEDICAL         :
CENTER v. THOMPSON, No. 03-0400  :
                                 :
ST. MARY'S MEDICAL CENTER v.     :
THOMPSON, No. 03-0401            :
                                 :
HALIFAX MEDICAL CENTER v.        :
THOMPSON, No. 03-0403            :
                                 :
SWEDISH AMERICAN HOSPITAL v.     :
THOMPSON, No. 03-0404            :
                                 :
BRONX-LEBANON HOSPITAL           :
CENTER v. THOMPSON, No. 03-0405  :
                                 :
BAPTIST HOSPITAL, ET AL. v.      :
THOMPSON, No. 03-0406            :
                                 :
ANTELOPE VALLEY HOSPITAL, ET     :
AL. v. THOMPSON, No. 03-0407     :
                                 :
SAINT JOSEPH HOSPITAL AUGUSTA    :
GEORGIA, INC. v. THOMPSON, No. 03-:
0409                             :
                                 :
HIGHLAND HOSPITAL OF             :
ROCHESTER v. THOMPSON, No. 03-   :
0410                            :
                                 :
ANAHEIM MEMORIAL MEDICAL         :
CENTER v. THOMPSON, No. 03-0411  :
                                 :
FRESNO COMMUNITY HOSPITAL &      :
MEDICAL CENTER v. THOMPSON, No.  :
03-0412                         :
                                 :
CHRISTUS HEALTH ARK-LA-TEX v.    :
THOMPSON, No. 03-0418           :
                                 :
AURORA HEALTHCARE, INC., ET AL.  :
v. THOMPSON, No. 03-0419         :

ATHENS REGIONAL MEDICAL
CENTER, INC. v. THOMPSON, No. 03-
0420

JOHN DEMPSEY HOSPITAL v.
THOMPSON, No. 03-0422

ST. MARY'S REGIONAL MEDICAL
CENTER v. THOMPSON, No. 03-0423

OHIO STATE UNIVERSITY v.
THOMPSON, No. 03-0424

BAPTIST MEDICAL CENTER
PRINCETON v. THOMPSON, No. 03-
0425

MOUNT SINAI MEDICAL CENTER v.
THOMPSON, No. 03-0426

SISTERS OF CHARITY HOSPITAL v.
THOMPSON, No. 03-0428

CLARK MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0429

SHANDS JACKSONVILLE MEDICAL
CENTER, ET AL. v. THOMPSON, No.
03-0430

SAINT VINCENT'S CATHOLIC
MEDICAL CENTER OF BROOKLYN &
QUEENS, INC. v. THOMPSON, No. 03-
0436

UAB MEDICAL WEST v. THOMPSON,
No. 03-0437

AHS HOSPITAL CORP./GENERAL
HOSPITAL AT PASSAIC, ET AL. v.
THOMPSON, No. 03-0446

KINGSBROOK JEWISH MEDICAL
CENTER, ET AL. v. THOMPSON, No.
03-0447

BARNERT HOSPITAL, ET AL. v.
THOMPSON, No. 03-0448

8

ASHTABULA COUNTY MEDICAL
CENTER v. THOMPSON, No. 03-0449

SAN JOAQUIN COMMUNITY
HOSPITAL v. THOMPSON, No. 03-0450

SPECTRUM HEALTH DOWNTOWN
CAMPUS v. THOMPSON, No. 03-0451

NORTHEAST ALABAMA REGIONAL
MEDICAL CENTER v. THOMPSON, No.
03-0452

LAWRENCE & MEMORIAL HOSPITAL
v. THOMPSON, No. 03-0453

MOBIL INFIRMARY MEDICAL
CENTER v. THOMPSON, No. 03-0454

FRANCISCAN SKEMP MEDICAL
CENTER v. THOMPSON, No. 03-0455

ST. JOSEPH HOSPITAL & HEALTH
CENTER v. THOMPSON, No. 03-0456

OSTEOPATHIC MEDICAL CENTER OF
TEXAS v. THOMPSON, No. 03-0457

NEW YORK HOSPITAL v. THOMPSON,
No. 03-0458

MIDDLE TENNESSEE MEDICAL
CENTER v. THOMPSON, No. 03-0459

UNIVERSITY COMMUNITY
HOSPITAL v. THOMPSON, No. 03-0468

LICKING MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0469

MERCY HOSPITAL OF BUFFALO v.
THOMPSON, No. 03-0470

WESTERN RESERVE CARE SYSTEM
v. THOMPSON, No. 03-0471

COVENANT MEDICAL CENTER-
COOPER, ET AL. v. THOMPSON, No.
03-0472

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

LEESBURG REGIONAL MEDICAL      :
CENTER v. THOMPSON, No. 03-0473  :
                               :
DAVIS MEMORIAL HOSPITAL, INC. v. :
THOMPSON, 03-0474              :
                               :
UNIVERSITY OF SOUTH ALABAMA    :
MEDICAL CENTER v. THOMPSON, No. :
03-0475                        :
                               :
ST. MARY'S HOSPITAL v.         :
THOMPSON, No. 03-0476          :
                               :
NYU DOWNTOWN HOSPITAL v.       :
THOMPSON, No. 03-0478          :
                               :
PRESBYTERIAN HOSPITAL v.       :
THOMPSON, No. 03-0479          :
                               :
KING'S DAUGHTERS MEDICAL       :
CENTER v. THOMPSON, No. 03-0480 :
                               :
GOOD SAMARITAN HOSPITAL v.     :
THOMPSON, No. 03-0481          :
                               :
UMDNJ v. THOMPSON, No. 03-0482 :
                               :
ST. JOSEPH'S HOSPITAL v.       :
THOMPSON, No. 03-0483          :
                               :
LAKELAND REGIONAL MEDICAL      :
CENTER v. THOMPSON, No. 03-0484 :
                               :
ST. ANTHONY'S HOSPITAL v.      :
THOMPSON, No. 03-0485          :
                               :
MARY RUTAN HOSPITAL v.         :
THOMPSON, No. 03-0486          :
                               :
GREENVILLE HOSPITAL CENTER v.  :
THOMPSON, No. 03-0487          :
                               :
PRESBYTERIAN HOSPITAL v.       :
THOMPSON, No. 03-0488          :
                               :
UNIVERSITY HOSPITAL SUNY AT    :
STONY BROOK v. THOMPSON, No. 03- :
0489                           :
                               :

10

SENTARA NORFOLK GENERAL
HOSPITAL v. THOMPSON, No. 03-0490

SENTARA HAMPTON GENERAL
HOSPITAL v. THOMPSON, No. 03-0491

DEKALB MEDICAL CENTER, INC., ET
AL. v. THOMPSON, No. 03-0492

MILLARD FILLMORE HOSPITAL v.
THOMPSON, No. 03-0493

BAY HARBOR HOSPITAL, ET AL. v.
THOMPSON, No. 03-0494

GLENDALE ADVENTIST MEDICAL
CENTER v. THOMPSON, No. 03-0497

INOVA ALEXANDRIA HOSPITAL, ET
AL. v. THOMPSON, No. 03-0498

NORTH BROWARD HOSPITAL
DISTRICT v. THOMPSON, No. 03-0499

ALEGENT HEALTH, ET AL. v.
THOMPSON, No. 03-0500

ST. VINCENT'S CATHOLIC MEDICAL
CENTERS OF NEW YORK v.
THOMPSON, No. 03-0501

SOUTHSIDE HOSPITAL v.
THOMPSON, No. 03-0502

HAZARD ARH REGIONAL MEDICAL
CENTER v. THOMPSON, No. 03-0503

WOMEN'S CHRISTIAN ASSOCIATION
HOSPITAL v. THOMPSON, No. 03-0504

PALMETTO BAPTIST MEDICAL
CENTER v. THOMPSON, No. 03-0505

SHELBY BAPTIST MEDICAL CENTER
v. THOMPSON, No. 03-0506

ST. CATHERINE HOSPITAL, INC. v.
THOMPSON, No. 03-0507

11

MIAMI VALLEY HOSPITAL v.
THOMPSON, No. 03-0508

SUN COAST HOSPITAL v.
THOMPSON, No. 03-0509

ST. MARY'S MEDICAL CENTER v.
THOMPSON, No. 03-0510

BRUNSWICK HOSPITAL CENTER,
INC. v. THOMPSON, No. 03-0511

ALBANY MEDICAL CENTER
HOSPITAL v. THOMPSON, No. 03-0512

TRINITY HEALTH MICHIGAN F/K/A
MERCY HEALTH SERVICES F/K/A
SISTERS OF MERCY HEALTH CORP.
D/B/A MERCY HOSPITAL DETROIT v.
THOMPSON, No. 03-0513

WEST CALCASIEU-CAMERON
HOSPITAL v. THOMPSON, No. 03-0514

BON SECOURS HEALTH SYSTEM
INC., ET AL. v. THOMPSON, No. 03-0516

HARTFORD HEALTHCARE D/B/A
HARTFORD HOSPITAL AND MID-
STATE MEDICAL CENTER v.
THOMPSON, No. 03-0517

LAKELAND MEDICAL CENTER-
MERCY ST. JOSEPH AND LMC-NILES
v. THOMPSON, No. 03-0518

ADVENTIST HEALTH SYSTEM, INC.
ET AL. v. THOMPSON, No. 03-0519

ST. CLARE'S HOSPITAL OF
SCHENECTADY, NEW YORK v.
THOMPSON, No. 03-0521

ST. VINCENT HOSPITAL & HEALTH
SERVICES v. THOMPSON, No. 03-0522

12

NEW YORK HOSPITAL MEDICAL
CENTER OF QUEENS v. THOMPSON,
No. 03-0523

GOOD SAMARITAN HOSPITAL v.
THOMPSON, No. 03-0525

NEW YORK METHODIST HOSPITAL
v. THOMPSON, No. 03-0526

SENTARA VIRGINIA BEACH
GENERAL HOSPITAL v. THOMPSON,
No. 03-0528

INGALLS MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0529

MOSES CONE HOSPITAL v.
THOMPSON, No. 03-0530

ST. FRANCIS HOSPITAL, ET AL. v.
THOMPSON, No. 03-0531

BOARD OF TRUSTEES OF THE
UNIVERSITY OF ALABAMA D/B/A
UNIVERSITY OF ALABAMA
HOSPITAL, No. 03-0532

PROVIDENCE YAKIMA HOSPITAL,
ET AL. v. THOMPSON, No. 03-0533

PROVIDENCE ST. PETER HOSPITAL,
ET AL. v. THOMPSON, No. 03-0534

HARRISON MEMORIAL HOSPITAL v.
THOMPSON, No. 03-0535

KADLEC MEDICAL CENTER v.
THOMPSON, No. 03-0536

NEW YORK WESTCHESTER SQUARE
MEDICAL CENTER v. THOMPSON, No.
03-0537

EMORY UNIVERSITY HOSPITAL v.
THOMPSON, No. 03-0538

13

| | |
|---|---|
| WISHARD HEALTH SERVICES v. THOMPSON, No. 03-0539 | : |
| | : |
| SOUND SHORE MEDICAL CENTER OF WESTCHESTER, ET AL. v. THOMPSON, No. 03-0540 | : |
| | : |
| ST. VINCENT'S MEDICAL CENTER v. THOMPSON, No. 03-0541 | : |
| | : |
| LONG BEACH MEDICAL CENTER v. THOMPSON, No. 03-0542 | : |
| | : |
| CABELL-HUNTINGTON HOSPITAL, INC. v. THOMPSON, No. 03-0543 | : |
| | : |
| SUBURBAN GENERAL HOSPITAL v. THOMPSON, No. 03-0544 | : |
| | : |
| PROVIDENCE HOSPITAL v. THOMPSON, No. 03-0545 | : |
| | : |
| ST. ALEXIUS MEDICAL CENTER v. THOMPSON, No. 03-0546 | : |
| | : |
| GASTON MEMORIAL HOSPITAL, ET AL. v. THOMPSON, No. 03-0547 | : |
| | : |
| CARILION MEDICAL CENTER v. THOMPSON, No. 03-0548 | : |
| | : |
| U.S. HEALTH OF SOUTHERN OHIO/SOUTHERN OHIO MEDICAL CENTER v. THOMPSON, No. 03-0549 | : |
| | : |
| LINCOLN REGIONAL HOSPITAL v. THOMPSON, No. 03-0550 | : |
| | : |
| KAWEAH DELTA HEALTH CARE DISTRICT v. THOMPSON, No. 03-0551 | : |
| | : |
| COUNTY OF ERIE v. THOMPSON, No. 03-0552 | : |
| | : |
| ST. MARY'S MEDICAL CENTER v. THOMPSON, No. 03-0553 | : |

14

_____

CATHOLIC HEALTH PARTNER            :
SERVICES v. THOMPSON, No. 03-0554  :
                                   :
OSF HEALTHCARE SYSTEM, INC.,       :
D/B/A ST. MARY'S MEDICAL CENTER    :
AND D/B/A ST. FRANCIS MEDICAL      :
CENTER v. THOMPSON, No. 03-0555    :
                                   :
NORTHERN HOSPITAL OF SURRY         :
COUNTY, ET AL v. THOMPSON, No.     :
03-0558                            :
                                   :
CASA GRANDE REGIONAL MEDICAL       :
CENTER, ET AL. v. THOMPSON, No.    :
03-0559                            :
                                   :
ST. FRANCIS MEDICAL CENTER v.      :
THOMPSON, No. 03-0561              :
                                   :
HIGHLANDS REGIONAL MEDICAL         :
CENTER v. THOMPSON, No. 03-0562    :
                                   :
GATEWAY MEDICAL CENTER v.          :
THOMPSON, No. 03-0563             :
                                   :
MEMORIAL HOSPITAL OF SOUTH         :
BEND v. THOMPSON, No. 03-0565     :
                                   :
UNION HOSPITAL, INC. v.            :
THOMPSON, No. 03-0566             :
                                   :
ST. THOMAS HOSPITAL v.             :
THOMPSON, No. 03-0567             :
                                   :
BAYFRONT MEDICAL CENTER, INC.      :
v. THOMPSON, No. 03-0568          :
                                   :
EAST ALABAMA MEDICAL CENTER        :
v. THOMPSON, No. 03-0569          :
                                   :
BAPTIST HOSPITAL v. THOMPSON,      :
No. 03-0570                        :
                                   :
SPECTRUM HEATH-EAST CAMPUS v.      :
THOMPSON, No. 03-0571             :
                                   :
ELKHART GENERAL HOSPITAL v.        :
THOMPSON, No. 03-0572             :
                                   :

15

BLOOMINGTON HOSPITAL &amp;          :
HEALTH CARE SYSTEM v.              :
THOMPSON, No. 03-0573             :
                                   :
BAY REGIONAL MEDICAL CENTER v.    :
THOMPSON, No. 03-0574            :
                                   :
GLENS FALLS HOSPITAL v.           :
THOMPSON, No. 03-0575            :
                                   :
KNAPP MEDICAL CENTER v.           :
THOMPSON, No. 03-0576            :
                                   :
UNIVERSITY OF UTAH HOSPITAL v.    :
THOMPSON, No. 03-0577            :
                                   :
OWENSBORO MERCY HEALTH            :
SYSTEM v. THOMPSON, No. 03-0578   :
                                   :
BALL MEMORIAL HOSPITAL v.         :
THOMPSON, No. 03-0579            :
                                   :
VANDERBILT UNIVERSITY MEDICAL:
CENTER v. THOMPSON, No. 03-0580   :
                                   :
INTERFAITH MEDICAL CENTER v.      :
THOMPSON, No. 03-0581            :
                                   :
CENTRAL BAPTIST HOSPITAL v.       :
THOMPSON, No. 03-0582            :
                                   :
WUESTHOFF MEMORIAL HOSPITAL :
v. THOMPSON, No. 03-0583          :
                                   :
DEACONESS HOSPITAL, INC. v.       :
THOMPSON, No. 03-0584            :
                                   :
MAIMONIDES MEDICAL CENTER v.      :
THOMPSON, No. 03-0585            :
                                   :
SACRED HEART HOSPITAL v.          :
THOMPSON, No. 03-0586            :
                                   :
PALMETTO HEALTH RICHLAND          :
MEMORIAL HOSPITAL v.              :
THOMPSON, No. 03-0587            :
                                   :
UNIVERSITY OF ILLINOIS MEDICAL    :
CENTER AT CHICAGO v. THOMPSON, :
No. 03-0588                       :
                                   :

ANDERSON AREA MEDICAL CENTER :
v. THOMPSON, No. 03-0589                   :
                                          :
UNIVERSITY COMMUNITY                      :
HOSPITAL-CARROLLWOOD v.                   :
THOMPSON, No. 03-0590                     :
                                          :
ST. ELIZABETH HOSPITAL v.                 :
THOMPSON, No. 03-0591                     :
                                          :
ST. TAMMANY PARISH HOSPITAL               :
SERVICE DISTRICT NO. 2, D/B/A             :
SLIDELL MEMORIAL HOSPITAL, ET             :
AL. v. THOMPSON, No. 03-0592              :
                                          :
ST. JOSEPH HEALTH SYSTEM AND              :
AFFILIATES v. THOMPSON, No. 03-           :
0593                                      :
                                          :
BOONE HOSPITAL CENTER v.                  :
THOMPSON, No. 03-1624                     :
                                          :
MERCY MEDICAL CENTER - SIOUX              :
CITY v. THOMPSON, No. 03-1625             :
                                          :
BARNES-JEWISH HOSPITAL, ET AL.            :
v. THOMPSON, No. 03-1899                  :
                                          :
CLEVELAND CLINIC FOUNDATION,              :
ET AL. v. THOMPSON, No. 03-2013           :
                                          :
SUTTER HEALTH SACRAMENTO                  :
SIERRA, ET AL. v. THOMPSON, No. 03-:
2204                                      :
                                          :
COMMUNITY HOSPITAL, ET AL. v.             :
THOMPSON, No. 04-0504                     :
                                          :
LAKE HOSPITAL v. THOMPSON, No.            :
04-0871                                   :
                                          :
UNIVERSITY HEALTH SERVICES,               :
INC. v. THOMPSON, No. 04-1400             :
                                          :
DAMERON HOSPITAL ASSOCIATION              :
v. LEAVITT, No. 05-0646                   :
                                          :

COMMUNITY GENERAL HOSPITAL v. :
LEAVITT, No. 06-0440                          :
                                         :
MEMORIAL HEALTH SYSTEM v.     :
LEAVITT, No. 06-0796                          :
                                         :
MIDDLESEX HOSPITAL v. LEAVITT,  :
No. 06-0797                                   :
                                         :
PUBLIC HOSPITAL DISTRICT. No. 2.  :
SNOHOMISH COUNTY                    :
WASHINGTON, D/B/A STEVENS       :
HEALTHCARE v. LEAVITT, No. 06-   :
0798                                          :
                                         :
WEST CONTRA COSTA                    :
HEALTHCARE DISTRICT D/B/A         :
DOCTORS MEDICAL CENTER - SAN   :
PABLO/PINOLE v. LEAVITT, No. 06-   :
0799                                          :
                                         :
BAPTIST ST. ANTHONY'S HEALTH     :
SYSTEM v. LEAVITT, No. 06-0800       :
                                         :
FLETCHER ALLEN HEALTH CARE,     :
INC. v. LEAVITT, No. 06-0801            :
                                         :
ANNISTON H.M.A., INC. D/B/A         :
STRINGFELLOW MEMORIAL             :
HOSPITAL, ET AL. v. LEAVITT, No. 06-:
0804                                          :
                                         :
ST. VINCENT'S MEDICAL CENTER v.  :
LEAVITT, No. 06-0807                         :
                                         :
ST. AGNES MEDICAL CENTER, ET     :
AL. v. LEAVITT, No. 06-0820            :
                                         :
_____ :

## STIPULATION OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

Plaintiffs in these consolidated cases hereby file this Stipulation of Dismissal.  Plaintiffs also state:

18

1.    The parties have resolved the following actions, and all claims pending therein, pursuant to a settlement agreement resolving these and other cases that became effective on March 11, 2008 (the "Settlement Agreement"):

| | |
|---|---|
| 1:02cv0601 | Baystate Health System, et al. v. Thompson |
| 1:02cv.0683 | Covenant Medical Center v. Thompson |
| 1:02cv1373 | Saint Luke's Hospital of Kansas City v. Thompson |
| 1:02cv1635 | St. Francis Medical Center v. Thompson |
| 1:02cv1731 | Brigham & Women's Hospital, et al. v. Thompson |
| 1:02cv1890 | Via Christi Regional Medical Center, Inc. v. Thompson |
| 1:02cv1891 | Saint Vincent Health Center v. Thompson |
| 1:02cv1892 | Johnson City Medical Center v. Thompson |
| 1:02cv1893 | St. John's Health System NE Community Hospital v. Thompson |
| 1:02cv1899 | Presbyterian Hospital v. Thompson |
| 1:02cv1900 | Forsyth Memorial Hospital, et al. v. Thompson |
| 1:02cv1901 | Naples Community Hospital v. Thompson |
| 1:02cv1902 | Virginia Mason Medical Center v. Thompson |
| 1:02cv1903 | Nebraska Health System, Inc. v. Thompson |
| 1:02cv1905 | The Waterbury Hospital v. Thompson |
| 1:02cv1907 | Avera McKennan Hospital v. Thompson |
| 1:02cv1908 | Rapid City Regional Hospital v. Thompson |
| 1:02cv1910 | University of Washington d/b/a Harborview Medical Center v. Thompson |
| 1:02cv1911 | Duke University Health System, Inc. v. Thompson |
| 1:02cv1912 | William Backus Hospital v. Thompson |

| | |
|---|---|
| 1:02cv1913 | Stamford Hospital v. Thompson |
| 1:02cv1914 | Danbury Hospital v. Thompson |
| 1:02cv1915 | New Britain General Hospital v. Thompson |
| 1:02cv1916 | Edward W. Sparrow Hospital v. Thompson |
| 1:02cv1918 | W.A. Foote Memorial Hospital v. Thompson |
| 1:02cv1920 | Valley Presbyterian Hospital v. Thompson |
| 1:02cv1921 | Denver General Hospital v. Thompson |
| 1:02cv1924 | Monongahela Valley Hospital v. Thompson |
| 1:02cv1926 | University of Kansas Hospital Authority v. Thompson |
| 1:02cv1927 | Glenwood Regional Medical Center v. Thompson |
| 1:02cv2350 | Meriter Hospital, Inc., et al. v. Thompson |
| 1:02cv2409 | Presbyterian Hospital of Dallas, et al. v. Thompson |
| 1:03cv0221 | Via Christi Regional Medical Center, Inc. v. Thompson |
| 1:03cv0245 | Saint Luke's Hospital of Kansas City v. Thompson |
| 1:03cv0267 | Sisters of St. Francis  Health Services, Inc. v. Thompson |
| 1:03cv0280 | Winter Haven Hospital v. Thompson |
| 1:03cv0297 | Salem Memorial Corporation v. Thompson |
| 1:03cv0298 | Baptist Memorial Hospital-Union City v. Thompson |
| 1:03cv0299 | Baptist St. Anthony Health System v. Thompson |
| 1:03cv0301 | Franklin Benevolent Corporation v. Thompson |
| 1:03cv0312 | Medical Center East, Inc. v. Thompson |
| 1:03cv0315 | Swedish Covenant Hospital v. Thompson |
| 1:03cv0316 | St. Joseph Regional Health Center v. Thompson |

1:03cv0317    Robert Wood Johnson University Hospital v. Thompson

1:03cv0318    St. Claire Medical Center v. Thompson

1:03cv0319    Columbus Regional Hospital v. Thompson

1:03cv0320    Somerset Hospital v. Thompson

1:03cv0322    Santa Barbara Cottage Hospital v. Thompson

1:03cv0323    Harrisburg Hospital, et al. v. Thompson

1:03cv0332    Clara Maass Medical Center v. Thompson

1:03cv0333    Cabrini Medical Center v. Thompson

1:03cv0334    United Health Services Hospitals, Inc. v. Thompson

1:03cv0335    Little Falls Hospital v. Thompson

1:03cv0336    Mercy Medical Center of Springfield v. Thompson

1:03cv0337    Medical College of Ohio Hospital v. Thompson

1:03cv0339    Jackson Hospital & Clinic, Inc. v. Thompson

1:03cv0340    Spartansburg Regional Medical Center v. Thompson

1:03cv0341    Yale-New Haven Hospital v. Thompson

1:03cv0342    Marietta Memorial Hospital v. Thompson

1:03cv0343    Bridgeport Hospital v. Thompson

1:03cv0345    University of Colorado Hospital v. Thompson

1:03cv0346    Hospital for Joint Diseases Orthopedic Institute v. Thompson

1:03cv0347    Lennox Hill Hospital v. Thompson

1:03cv0348    Alliance Community Hospital v. Thompson

1:03cv0349    Robinson Memorial Hospital v. Thompson

1:03cv0350    St. Rita's Medical Center v. Thompson

1:03cv0351   H. Lee Moffitt Cancer Center v. Thompson

1:03cv0352   Jefferson Memorial Hospital v. Thompson

1:03cv0354   Covenant Health System/Methodist Hospital v. Thompson

1:03cv0355   Methodist Hospital of Southern California, Inc. v. Thompson

1:03cv0356   St. Vincent Hospital v. Thompson

1:03cv0358   St. Dominic-Jackson Memorial Hospital, Inc. v. Thompson

1:03cv0359   Delta Regional Medical Center, et al. v. Thompson

1:03cv0363   Provena United Samaritans Hospital, et al. v. Thompson

1:03cv0364   St. Johns Hospital & Medical Center v. Thompson

1:03cv0391   Methodist Hospitals, Inc., et al. v. Thompson

1:03cv0392   St. Vincent's Hospital & Medical Center of New York v. Thompson

1:03cv0393   St. Vincent Medical Center v. Thompson

1:03cv0394   St. Luke's Episcopal Hospital v. Thompson

1:03cv0395   Mease Dunedin Hospital v. Thompson

1:03cv0396   Medical Center at Bowling Green v. Thompson

1:03cv0397   Bethesda Memorial Hospital v. Thompson

1:03cv0398   South Florida Baptist Hospital v. Thompson

1:03cv0399   Methodist Hospitals, Inc., et al. v. Thompson

1:03cv0400   Cape Fear Valley Medical Center v. Thompson

1:03cv0401   St. Mary's Medical Center v. Thompson

1:03cv0403   Halifax Medical Center v. Thompson

1:03cv0404   Swedish American Hospital v. Thompson

1:03cv0405   Bronx-Lebanon Hospital Center v. Thompson

| 1:03cv0406 | Baptist Hospital, et al. v. Thompson |
| 1:03cv0407 | Antelope Valley Hospital, et al. v. Thompson |
| 1:03cv0409 | Saint Joseph Hospital Augusta Georgia, Inc. v. Thompson |
| 1:03cv0410 | Highland Hospital of Rochester v. Thompson |
| 1:03cv0411 | Anaheim Memorial Medical Center v. Thompson |
| 1:03cv0412 | Fresno Community Hospital & Medical Center v. Thompson |
| 1:03cv0418 | Christus Health Ark-La-Tex v. Thompson |
| 1:03cv0419 | Aurora Healthcare, Inc., et al. v. Thompson |
| 1:03cv0420 | Athens Regional Medical Center, Inc. v. Thompson |
| 1:03cv0422 | John Dempsey Hospital v. Thompson |
| 1:03cv0423 | St. Mary's Regional Medical Center v. Thompson |
| 1:03cv0424 | Ohio State University Hospital v. Thompson |
| 1:03cv0425 | Baptist Medical Center Princeton v. Thompson |
| 1:03cv0426 | Mount Sinai Medical Center v. Thompson |
| 1:03cv0428 | Sisters of Charity Hospital v. Thompson |
| 1:03cv0429 | Clark Memorial Hospital v. Thompson |
| 1:03cv0430 | Shands Jacksonville Medical Center, et al. v. Thompson |
| 1:03cv0436 | Saint Vincent's Catholic Medical Center of Brooklyn & Queens, Inc. v. Thompson |
| 1:03cv0437 | UAB Medical West v. Thompson |
| 1:03cv0446 | AHS Hospital Corp./General Hospital at Passaic, et al. v. Thompson |
| 1:03cv0447 | Kingsbrook Jewish Medical Center, et al. v. Thompson |
| 1:03cv0448 | Barnert Hospital, et al. v. Thompson |

| 1:03cv0449 | Ashtabula County Medical Center v. Thompson |
| 1:03cv0450 | San Joaquin Community Hospital v. Thompson |
| 1:03cv0451 | Spectrum Health Downtown Campus v. Thompson |
| 1:03cv0452 | Northeast Alabama Regional Medical Center v. Thompson |
| 1:03cv0453 | Lawrence & Memorial Hospital v. Thompson |
| 1:03cv0454 | Mobil Infirmary Medical Center v. Thompson |
| 1:03cv0455 | Franciscan Skemp Medical Center v. Thompson |
| 1:03cv0456 | St. Joseph Hospital & Health Center v. Thompson |
| 1:03cv0457 | Osteopathic Medical Center of Texas v. Thompson |
| 1:03cv0458 | New York Hospital v. Thompson |
| 1:03cv0459 | Middle Tennessee Medical Center v. Thompson |
| 1:03cv0468 | University Community Hospital v. Thompson |
| 1:03cv0469 | Licking Memorial Hospital v. Thompson |
| 1:03cv0470 | Mercy Hospital of Buffalo v. Thompson |
| 1:03cv0471 | Western Reserve Care System v. Thompson |
| 1:03cv0472 | Covenant Medical Center-Cooper, et al. v. Thompson |
| 1:03cv0473 | Leesburg Regional Medical Center v. Thompson |
| 1:03cv0474 | Davis Memorial Hospital, Inc. v. Thompson |
| 1:03cv0475 | University of South Alabama Medical Center v. Thompson |
| 1:03cv0476 | St. Mary's Hospital v. Thompson |
| 1:03cv0478 | NYU Downtown Hospital v. Thompson |
| 1:03cv0479 | Presbyterian Hospital v. Thompson |
| 1:03cv0480 | King's Daughters Medical Center v. Thompson |
| 1:03cv0481 | Good Samaritan Hospital v. Thompson |

1:03cv0482    UMDNJ v. Thompson

1:03cv0483    St. Joseph's Hospital v. Thompson

1:03cv0484    Lakeland Regional Medical Center v. Thompson

1:03cv0485    St. Anthony's Hospital v. Thompson

1:03cv0486    Mary Rutan Hospital v. Thompson

1:03cv0487    Greenville Hospital Center v. Thompson

1:03cv0488    Presbyterian Hospital v. Thompson

1:03cv0489    University Hospital SUNY at Stony Brook v. Thompson

1:03cv0490    Sentara Norfolk General Hospital v. Thompson

1:03cv0491    Sentara Hampton General Hospital v. Thompson

1:03cv0492    Dekalb Medical Center, Inc., et al. v. Thompson

1:03cv0493    Millard Fillmore Hospital v. Thompson

1:03cv0494    Bay Harbor Hospital, et al. v. Thompson

1:03cv0497    Glendale Adventist Hospital v. Thompson

1:03cv0498    Inova Alexandria Hospital, et al. v. Thompson

1:03cv0499    North Broward Hospital District v. Thompson

1:03cv0500    Alegent Health, et al. v. Thompson

1:03cv0501    St. Vincent's Catholic Medical Centers of New York v. Thompson

1:03cv0502    Southside Hospital v. Thompson

1:03cv0503    Hazard ARH Regional Medical Center v. Thompson

1:03cv0504    Women's Christian Association Hospital v. Thompson

1:03cv0505    Palmetto Baptist Medical Center v. Thompson

1:03cv0506    Shelby Baptist Medical Center v. Thompson

| | |
|---|---|
| 1:03cv0507 | St. Catherine Hospital, Inc. v. Thompson |
| 1:03cv0508 | Miami Valley Hospital v. Thompson |
| 1:03cv0509 | Sun Coast Hospital v. Thompson |
| 1:03cv0510 | St. Mary's Medical Center v. Thompson |
| 1:03cv0511 | Brunswick Hospital Center, Inc. v. Thompson |
| 1:03cv0512 | Albany Medical Center Hospital v. Thompson |
| 1:03cv0513 | Trinity Health Michigan f/k/a Mercy Health Services f/k/a Sisters of Mercy Health Corporation d/b/a Mercy Hospital Detroit v. Thompson |
| 1:03cv0514 | West Calcasieu-Cameron Hospital |
| 1:03cv0516 | Bon Secours Health System, Inc., et al. v. Thompson |
| 1:03cv0517 | Hartford Healthcare d/b/a Hartford Hospital and Mid-State Medical Center , et al. v. Thompson |
| 1:03cv0518 | Lakeland Medical Center-Mercy St. Joseph and LMC Niles v. Thompson |
| 1:03cv0519 | Adventist Health System, Inc., et al. v. Thompson |
| 1:03cv0521 | St. Clare's Hospital of Schenectady, New York v. Thompson |
| 1:03cv0522 | St. Vincent Hospital & Health Services v. Thompson |
| 1:03cv0523 | New York Hospital Medical Center of Queens v. Thompson |
| 1:03cv0525 | Good Samaritan Hospital v. Thompson |
| 1:03cv0526 | New York Methodist Hospital v. Thompson |
| 1:03cv0528 | Sentara Virginia Beach General Hospital v. Thompson |
| 1:03cv0529 | Ingalls Memorial Hospital v. Thompson |
| 1:03cv0530 | Moses Cone Hospital v. Thompson |
| 1:03cv0531 | St. Francis Hospital, et al. v. Thompson |

| | |
|---|---|
| 1:03cv0532 | Board of Trustees of the University of Alabama d/b/a University of Alabama Hospital v. Thompson |
| 1:03cv0533 | Providence Yakima Hospital, et al. v. Thompson |
| 1:03cv0534 | Providence St. Peter Hospital et al. v. Thompson |
| 1:03cv0535 | Harrison Memorial Hospital v. Thompson |
| 1:03cv0536 | Kadlec Medical Center v. Thompson |
| 1:03cv0537 | New York Westchester Square Medical Center v. Thompson |
| 1:03cv0538 | Emory University Hospital v. Thompson |
| 1:03cv0539 | Wishard Health Services v. Thompson |
| 1:03cv0540 | Sound Shore Medical Center of Westchester, et al. v. Thompson |
| 1:03cv0541 | St. Vincent's Medical Center v. Thompson |
| 1:03cv0542 | Long Beach Medical Center v. Thompson |
| 1:03cv0543 | Cabell-Huntington Hospital, Inc. v. Thompson |
| 1:03cv0544 | Suburban General Hospital v. Thompson |
| 1:03cv0545 | Providence Hospital v. Thompson |
| 1:03cv0546 | St. Alexius Medical Center v. Thompson |
| 1:03cv0547 | Gaston Memorial Hospital, et al. v. Thompson |
| 1:03cv0548 | Carilion Medical Center, et al. v. Thompson |
| 1:03cv0549 | U.S. Health of Southern Ohio/Southern Ohio Medical Center v. Thompson |
| 1:03cv0550 | Lincoln Regional Hospital v. Thompson |
| 1:03cv0551 | Kaweah Delta Health Care District v. Thompson |
| 1:03cv0552 | County of Erie v. Thompson |
| 1:03cv0553 | St. Mary's Medical Center v. Thompson |

1:03cv0554    Catholic Health Partner Services v. Thompson

1:03cv0555    OSF Healthcare System, Inc. d/b/a St. Mary's Medical Center and d/b/a St. Francis Medical Center v. Thompson

1:03cv0558    Northern Hospital of Surry County, et al. v. Thompson

1:03cv0559    Casa Grande Regional Medical Center, et al. v. Thompson

1:03cv0561    St. Francis Medical Center v. Thompson

1:03cv0562    Highlands Regional Medical Center v. Thompson

1:03cv0563    Gateway Medical Center v. Thompson

1:03cv0565    Memorial Hospital of South Bend v. Thompson

1:03cv0566    Union Hospital, Inc. v. Thompson

1:03cv0567    St. Thomas Hospital v. Thompson

1:03cv0568    Bayfront Medical Center, Inc. v. Thompson

1:03cv0569    East Alabama Medical Center v. Thompson

1:03cv0570    Baptist Hospital v. Thompson

1:03cv0571    Spectrum Health-East Campus v. Thompson

1:03cv0572    Elkhart General Hospital v. Thompson

1:03cv0573    Bloomington Hospital & Health Care System v. Thompson

1:03cv0574    Bay Regional Medical Center v. Thompson

1:03cv0575    Glens Falls Hospital v. Thompson

1:03cv0576    Knapp Medical Center v. Thompson

1:03cv0577    University of Utah Hospital v. Thompson

1:03cv0578    Owensboro Mercy Health System v. Thompson

1:03cv0579    Ball Memorial Hospital, Inc. v. Thompson

1:03cv0580    Vanderbilt University Medical Center v. Thompson

1:03cv0581    Interfaith Medical Center v. Thompson

1:03cv0582    Central Baptist Hospital v. Thompson

1:03cv0583    Wuesthoff Memorial Hospital v. Thompson

1:03cv0584    Deaconess Hospital, Inc. v. Thompson

1:03cv0585    Maimonides Medical Center v. Thompson

1:03cv0586    Sacred Heart Hospital v. Thompson

1:03cv0587    Palmetto Health Richland Memorial Hospital v. Thompson

1:03cv0588    University of Illinois Medical Center at Chicago v. Thompson

1:03cv0589    Anderson Area Medical Center v. Thompson

1:03cv0590    University Community Hospital-Carrollwood v. Thompson

1:03cv0591    St. Elizabeth Hospital v. Thompson

1:03cv0592    St. Tammany Parish Hospital Service District No. 2 d/b/a Slidell
              Memorial Hospital, et al. v. Thompson

1:03cv0593    St. Joseph Health System and Affiliates v. Thompson

1:03cv1624    Boone Hospital Center v. Thompson

1:03cv1625    Mercy Medical Center-Sioux City v. Thompson

1:03cv1899    Barnes-Jewish Hospital, et al. v. Thompson

1:03cv2013    Cleveland Clinic Foundation, et al. v. Thompson

1:03cv2204    Sutter Health Sacramento Sierra, et al. v. Thompson

1:04cv0504    Community Hospital, et al. v. Thompson

1:04cv0871    Lake Hospital v. Thompson

1:04cv1400    University Health Services, Inc. v. Thompson

1:05cv0646    Dameron Hospital Association v. Leavitt

1:06cv0440    Community General Hospital v. Leavitt

| 1:06cv0796 | Memorial Health System v. Leavitt |
| 1:06cv0797 | Middlesex Hospital v. Leavitt |
| 1:06cv0798 | Public Hospital District. No. 2. Snohomish County Washington, d/b/a Stevens Healthcare v. Leavitt |
| 1:06cv0799 | West Contra Costa Healthcare District d/b/a Doctors Medical Center - San Pablo/Pinole v. Leavitt |
| 1:06cv0800 | Baptist St. Anthony's Health System v. Leavitt |
| 1:06cv0801 | Fletcher Allen Health Care, Inc. v. Leavitt |
| 1:06cv0804 | Anniston H.M.A., Inc. d/b/a Stringfellow Memorial Hospital, et al. v. Leavitt |
| 1:06cv0807 | St. Vincent's Medical Center v. Leavitt |

2.      For the following cases, except for EBUDs claims (as defined in Paragraph 3 of the Settlement Agreement) relating to the provider cost reporting periods noted below, all other claims pending (as defined in Paragraph 12 of the Settlement Agreement) in such actions are hereby dismissed with prejudice in accordance with the Settlement Agreement:

> 1:02cv1919    Baptist Memorial Hospital v. Thompson (Baptist Memorial Hospital (PN 44-0048); FYE 9/30/1991).

> 1:06cv0820    Saint Agnes Medical Center v. Leavitt (Saint Agnes Medical Center (PN 05-0093); FYE 5/31/1990).

3.      The following case and provider cost reporting period are not part of this Stipulation of Settlement and Dismissal and remain pending before the Court:

> 1:03cv0477    Rogue Valley Medical Center v. Thompson (Rogue Valley Medical Center (PN 38-0018); FYE 9/30/95).

4.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), claims in these cases

30

may be dismissed voluntarily by filing a stipulation of dismissal signed by all the parties.

5.      This Stipulation is signed by all the parties to these lawsuits.

6.      Except as set forth in Paragraphs 2 and 3, above, this Stipulation hereby dismisses all cases in this consolidated litigation (and all claims pending therein) in their entirety and with prejudice.

7.      All parties shall bear their own costs and attorneys' fees.

8.      Pursuant to the Settlement Agreement, the Court retains jurisdiction over all disputes arising out of or relating to the Settlement Agreement, including but not limited to any action to enforce the terms of the Settlement Agreement.

DATED:  March 12, 2008


/s/ Peter M. Bryce_____

PETER M. BRYCE
Trial Attorney
United States Department of Justice
Civil Division, Rm. 7308
20 Massachusetts Ave, NW
Washington, D.C.  20530
Telephone: (202) 616-8335
Fax: (202) 616-8470

Counsel for Defendant

FOR:   PLAINTIFF HOSPITALS




/s/ John R. Jacob_____

John R. Jacob
(D.C. Bar No. 444412)
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Building
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4582
Fax: (202) 955-7648

Counsel for all Plaintiffs in Case Nos. 03-0267 (PLF) (D.D.C.), 03-0332 (PLF) (D.D.C.), 03-0333 (PLF) (D.D.C.), 03-0334 (PLF) (D.D.C.), 03-0335 (PLF) (D.D.C.), 03-0405 (PLF) (D.D.C.), 03-0406 (PLF) (D.D.C.), 03-0407 (PLF) (D.D.C.), 03-0409 (PLF) (D.D.C.), 03-0410 (PLF) (D.D.C.), 03-0411 (PLF) (D.D.C.), 03-0412 (PLF) (D.D.C.), 03-0537 (PLF) (D.D.C.), 03-0538 (PLF) (D.D.C.), 03-0539 (PLF) (D.D.C.), 03-0540 (PLF) (D.D.C.), 03-0541 (PLF) (D.D.C.), 03-0542 (PLF) (D.D.C.), 03-0551 (PLF) (D.D.C.), 03-0552 (PLF) (D.D.C.), 03-0553 (PLF) (D.D.C.), 03-0554 (PLF) (D.D.C.), 03-2204 (PLF) (D.D.C.), and 05-0646 (PLF) (D.D.C.)




March 12, 2008_____
DATE

/s/ Leslie Alderman III_____

Leslie Alderman III
(D.C. Bar No. 477750)
Erling Hansen
(D.C. Bar No. 192708)
ALDERMAN DEVORSETZ & HORA, PLLC
1025 Connecticut Avenue, N.W.
Suite 615
Washington, D.C. 20036
Telephone: (202) 969-8220
Fax: (202) 969-8224

Counsel for all Plaintiffs in Case Nos. 03-0312 (PLF)(D.D.C.), 03-0354 (PLF) (D.D.C.), 03-0355 (PLF) (D.D.C.), 03-0356 (PLF) (D.D.C.), 03-0473 (PLF) (D.D.C.), 03-474 (PLF) (D.D.C.), 03-0475 (PLF) (D.D.C.), 03-0476 (PLF) (D.D.C.), 03-0478 (PLF) (D.D.C.), 03-0479 (PLF) (D.D.C.), 03-0480 (PLF) (D.D.C.), 03-0543 (PLF) (D.D.C.), 03-0544 (PLF) (D.D.C.), 03-0545 (PLF) (D.D.C.), 03-0546 (PLF) (D.D.C.), 03-0591 (PLF) (D.D.C.), 03-1624 (PLF) (D.D.C.), 03-1625 (PLF) (D.D.C.), 06-0796 (PLF) (D.D.C.), 06-0797 (PLF) (D.D.C.), 06-0798 (PLF) (D.D.C.), 06-0799 (PLF) (D.D.C.), 06-0800 (PLF) (D.D.C.), 06-0801 (PLF) (D.D.C.), 06-0804 (PLF) (D.D.C.), and 06-0807 (PLF) (D.D.C.)

March 12, 2008_____
DATE

33

/s/ Edward D. Kalman_____

Edward D. Kalman
(D.C. Bar No. 485092)
BEHAR & KALMAN
6 Beacon Street
Boston, MA 02108
Tel:  617-227-7660
Fax:  617-227-4208

Counsel for all Plaintiffs in Case No. 1:02cv01731 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Sanford E. Pitler_____

Sanford E. Pitler
(Washington State Bar No. 16567)
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101-1397
Telephone: (206) 622-5511
Fax: (206) 622-8986

Counsel for all Plaintiffs in Case No. 1:03CV00592 (PLF) (D.D.C)


March 12, 2008_____
DATE

/s/ Robert L. Roth_____

Robert L. Roth
(D.C. Bar No. 441803)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 624-2870
Fax: (202) 628-5116

Counsel for all Plaintiffs in Case Nos. 02-0683 (PLF) (D.D.C.), 02-1899 (PLF) (D.D.C.), 02-1900 (PLF) (D.D.C.), 02-1901 (PLF) (D.D.C.), 02-1902 (PLF) (D.D.C.), 02-1903 (PLF) (D.D.C.), 02-1910 (PLF) (D.D.C.), 02-1911 (PLF) (D.D.C.), 02-1912 (PLF) (D.D.C.), 02-1913 (PLF) (D.D.C.), 02-1914 (PLF) (D.D.C.), 02-1915 (PLF) (D.D.C.), 03-0511 (PLF) (D.D.C.), 03-0512 (PLF) (D.D.C.), 03-0513 (PLF) (D.D.C.), 03-0514 (PLF) (D.D.C.), 03-0516 (PLF) (D.D.C.), 03-0517 (PLF) (D.D.C.), 03-0518 (PLF) (D.D.C.), 03-0519 (PLF) (D.D.C.), 03-0521 (PLF) (D.D.C.), 03-0525 (PLF) (D.D.C.), 03-0529 (PLF) (D.D.C.), 03-0530 (PLF) (D.D.C.), 03-0531 (PLF) (D.D.C.), 03-0532 (PLF) (D.D.C.), 03-0533 (PLF) (D.D.C.), 03-0534 (PLF) (D.D.C.), 03-0535 (PLF) (D.D.C.), 03-0536 (PLF) (D.D.C.), 03-0547 (PLF) (D.D.C.), 03-0549 (PLF) (D.D.C.), 03-0555 (PLF) (D.D.C.), and 06-0440 (PLF) (D.D.C.)

March 12, 2008_____
DATE

/s/ Christopher L. Crosswhite_____

Christopher L. Crosswhite
(D.C. Bar No. 450927)
DUANE MORRIS LLP
505 9th Street, NW, Suite 1000
Washington, D.C. 20004
Telephone: (202) 776 7846
Fax: (202) 776 7801

Counsel for all Plaintiffs in Case Nos. 03-0493 (PLF) (D.D.C.), 03-0494 (PLF) (D.D.C.), 03-0497 (PLF) (D.D.C.), and 03-0593 (PLF) (D.D.C.).


March 12, 2008_____
DATE

/s/ Roy W. Breitenbach_____

Roy W. Breitenbach
Admitted Pro Hac Vice
GARFUNKEL, WILD & TRAVIS, P.C.
111 Great Neck Road
Great Neck, New York 11021
(516) 393-2200
(516) 466-5964


Counsel for all Plaintiffs in Case Nos. 03-0392-PLF (D.D.C.), 03-0436-PLF (D.D.C.), and 03-0501-PLF (D.D.C.).




March 12, 2008_____
DATE

/s/ Kenneth R. Marcus_____

Kenneth R. Marcus
(D.C. Bar No. MI 0016)
HONIGMAN MILLER SCHWARTZ AND COHN LLP
660 Woodward Avenue
2290 First National Building
Detroit, MI. 48226
Telephone: (313) 465 7470
Fax: (313) 465 7471

Counsel for all Plaintiffs in Case Nos., 02-1373 (PLF) (D.D.C.), 02-1890 (PLF) (D.D.C.), 02-
1891 (PLF) (D.D.C.), 02-1892 (PLF) (D.D.C.), 02-1893 (PLF) (D.D.C.), 02-1907 (PLF)
(D.D.C.), 02-1908 (PLF) (D.D.C.), 02-1916 (PLF) (D.D.C.), 02-1918 (PLF) (D.D.C.), 02-1919
(PLF) (D.D.C.), 02-1920 (PLF) (D.D.C.), 02-1921 (PLF) (D.D.C.), 02-1924 (PLF) (D.D.C.), 02-
1926 (PLF) (D.D.C.), 02-1927 (PLF) (D.D.C.), 02-2409 (PLF) (D.D.C.), 03-0221 (PLF)
(D.D.C.), 03-0245 (PLF) (D.D.C.), 03-0280 (PLF) (D.D.C.), 03-0298 (PLF) (D.D.C.), 03-0299
(PLF) (D.D.C.), 03-0301 (PLF) (D.D.C.), 03-0322 (PLF) (D.D.C.), 03-0323 (PLF) (D.D.C.), 03-
0363 (PLF) (D.D.C.), 03-0364 (PLF) (D.D.C.), and 03-0457 (PLF) (D.D.C.).

March 12, 2008_____
DATE

/s/ Arthur S. Garrett III

Arthur S. Garrett III
(D.C. Bar No. 428190)
KELLER AND HECKMAN LLP
1001 G Street, N.W.
Suite 500 West
Washington, D.C. 20001
Telephone:  (202) 434-4248
Fax:  (202) 434-4646


March 12, 2008
DATE

OF COUNSEL:




/s/ Daniel F. Miller

Daniel F. Miller
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI  53202
Tel:  (414) 978-5504
Fax: (414) 223-5000

Counsel for all Plaintiffs in Case No. 02-2350 (PLF) (D.D.C.)


March 12, 2008
DATE

/s/ Thomas W. Coons_____

Thomas W. Coons
(D.C. Bar No. 935353)
OBER, KALER, GRIMES & SHRIVER,
A Professional Corporation
120 East Baltimore Street
Baltimore, MD   21202-1643
Telephone: (410) 347 7389
Fax: (410) 547 0699

Counsel for all Plaintiffs in Case Nos. 1:02-CV-01635 (PLF) (D.D.C.), 1:03-CV-00437 (PLF) (D.D.C.), 1:03-CV-00446 (PLF) (D.D.C.), 1:03-CV-00447 (PLF) (D.D.C.), and 1:03-CV-00448 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ J. Frank W. Trapp_____

J. Frank W. Trapp, Esq. (D.C. Bar No. 316729)
PHELPS DUNBAR LLP
111 East Capitol Street, Suite 600
Jackson, MS  39201
Post Office Box 23066
Jackson, MS 39225-3066
Telephone:      601-352-2300
Telecopier:     601-360-9777


Counsel for all Plaintiffs in Case Nos. 03-0358 (PLF) (D.D.C.) and 03-0359 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Barbara Straub Williams_____

Barbara Straub Williams
(D.C. Bar No. 396582)
POWERS PYLES SUTTER & VERVILLE, P.C.
1501 M Street, N.W.
7th Floor
Washington, D.C. 20005
Tel: (202) 872-6733
Fax: (202) 785-1756


March 12, 2008_____
DATE



/s/ Mary Susan Philp_____

Mary Susan Philp
(D.C. Bar No. 295287)
POWERS PYLES SUTTER & VERVILLE, P.C.
1501 M Street, N.W.
7th Floor
Washington, D.C. 20005
Tel: (202) 872-6735
Fax: (202) 785-1756

Counsel for all Plaintiffs in Case Nos. 03CV00498 (PLF) (D.D.C.) and 03CV00499 (PLF)
(D.D.C.)



March 12, 2008_____
DATE

/s/ Melody A. Emmert_____

Melody A. Emmert
QUARLES & BRADY, LLP
One Renaissance Square
Two North Central Avenue
Phoenix, AZ  85004-2391
Tel.  602 229-5315
Fax:  602 229-5690

Counsel for all Plaintiffs in Case No. 1:03CV00559 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Jacqueline E. Bennett_____

Jacqueline E. Bennett
DC Bar #474355
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 – East Tower
Washington, DC  20005
(202) 414-9200
(202) 414-9299 Facsimile
JBennett@ReedSmith.com

Murray J. Klein
DC Bar #492415
REED SMITH LLP
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, NJ  08540
(609) 987-0050

Counsel for all Plaintiffs in Case Nos. 03-0297 (PLF) (D.D.C.); 03-0315 (PLF) (D.D.C.); 03-0316 (PLF) (D.D.C.); 03-0317 (PLF) (D.D.C.); 03-0318 (PLF) (D.D.C.); 03-0319 (PLF) (D.D.C.); 03-0320 (PLF) (D.D.C.); 03-0336 (PLF) (D.D.C.); 03-0337 (PLF) (D.D.C.); 03-0339 (PLF) (D.D.C.); 03-0340 (PLF) (D.D.C.); 03-0341 (PLF) (D.D.C.); 03-0342 (PLF) (D.D.C.); 03-0343 (PLF) (D.D.C.); 03-0345 (PLF) (D.D.C.); 03-0346 (PLF) (D.D.C.); 03-0347 (PLF ) (D.D.C.); 03-0348 (PLF) (D.D.C.); 03-0349 (PLF) (D.D.C.); 03-0350 (PLF) (D.D.C.); 03-0351 (PLF) (D.D.C.); 03-0352 (PLF) (D.D.C.); 03-0391 (PLF) (D.D.C.); 03-0393 (PLF) (D.D.C.); 03-0394 (PLF) (D.D.C.); 03-0395 (PLF) (D.D.C.); 03-0396 (PLF) (D.D.C.); 03-0397 (PLF) (D.D.C.); 03-0398 (PLF) (D.D.C.); 03-0399 (PLF) (D.D.C.); 03-0400 (PLF) (D.D.C.); 03-0401 (PLF) (D.D.C.); 03-0403 (PLF) (D.D.C.); 03-0404 (PLF) (D.D.C.); 03-0422 (PLF) (D.D.C.); 03-0423 (PLF) (D.D.C.); 03-0424 (PLF) (D.D.C.); 03-0425 (PLF) (D.D.C.); 03-0426 (PLF) (D.D.C.); 03-0428 (PLF) (D.D.C.); 03-0429 (PLF) (D.D.C.); 03-0430 (PLF) (D.D.C.); 03-0449 (PLF) (D.D.C.); 03-0450 (PLF) (D.D.C.); 03-0451 (PLF) (D.D.C.); 03-0452 (PLF) (D.D.C.); 03-

0453 (PLF) (D.D.C.); 03-0454 (PLF) (D.D.C.); 03-0455 (PLF) (D.D.C.); 03-0456 (PLF) (D.D.C.); 03-0458 (PLF) (D.D.C.); 03-0459 (PLF) (D.D.C.); 03-0468 (PLF) (D.D.C.); 03-0469 (PLF) (D.D.C.); 03-0470 (PLF) (D.D.C.); 03-0471 (PLF) (D.D.C.); 03-0472 (PLF) (D.D.C.); 03-0481 (PLF) (D.D.C.); 03-0482 (PLF) (D.D.C.); 03-0483 (PLF) (D.D.C.); 03-0484 (PLF) (D.D.C.); 03-0485 (PLF) (D.D.C.); 03-0486 (PLF) (D.D.C.); 03-0487 (PLF) (D.D.C.); 03-0488 (PLF) (D.D.C.); 03-0489 (PLF) (D.D.C.); 03-0490 (PLF) (D.D.C.); 03-0491 (PLF) (D.D.C.); 03-0502 (PLF) (D.D.C.); 03-0503 (PLF) (D.D.C.); 03-0504 (PLF) (D.D.C.); 03-0505 (PLF) (D.D.C.); 03-0506 (PLF) (D.D.C.); 03-0507 (PLF) (D.D.C.); 03-0508 (PLF) (D.D.C.); 03-0509 (PLF) (D.D.C.); 03-0510 (PLF) (D.D.C.); 03-0522 (PLF) (D.D.C.); 03-0523 (PLF) (D.D.C.); 03-0526 (PLF) (D.D.C.); 03-0528 (PLF) (D.D.C.); 03-0548 (PLF) (D.D.C.); 03-0561 (PLF) (D.D.C.); 03-0562 (PLF) (D.D.C.); 03-0563 (PLF) (D.D.C.); 03-0565 (PLF) (D.D.C.); 03-0566 (PLF) (D.D.C.); 03-0567 (PLF) (D.D.C.); 03-0568 (PLF) (D.D.C.); 03-0569 (PLF) (D.D.C.); 03-0570 (PLF) (D.D.C.); 03-0571 (PLF) (D.D.C.); 03-0572 (PLF) (D.D.C.); 03-0573 (PLF) (D.D.C.); 03-0574 (PLF)  (D.D.C.); 03-0575 (PLF) (D.D.C.); 03-0576 (PLF) (D.D.C.); 03-0577 (PLF) (D.D.C.); 03-0578 (PLF) (D.D.C.); 03-0579 (PLF) (D.D.C.); 03-0580 (PLF) (D.D.C.); 03-0581 (PLF) (D.D.C.); 03-0582 (PLF) (D.D.C.); 03-0583 (PLF) (D.D.C.); 03-0584 (PLF) (D.D.C.); 03-0585 (PLF) (D.D.C.); 03-0586 (PLF) (D.D.C.); 03-0587 (PLF) (D.D.C.); 03-0588 (PLF) (D.D.C.); 03-0589 (PLF) (D.D.C.); 03-0590 (PLF) (D.D.C.); 03-1899 (PLF) (D.D.C.); 03-2013 (PLF) (D.D.C.); 04-0504 (PLF) (D.D.C.), and 04-0871 (PLF) (D.D.C.)

March 12, 2008_____
DATE

/s/ Oliver Garcia_____

Oliver Garcia
(D.C. Bar No. 456600)
THE AEGIS LAW GROUP
901 F Street, N.W. Suite 500
Washington, DC 2004
Telephone: (202) 737-3500
Fax: (202) 737-3330

March 12, 2008_____
DATE

/s/ Glenn P. Hendrix_____

Glenn P. Hendrix
(Georgia Bar No. 346590)
ARNALL GOLDEN GREGORY LLP
171 17th Street, N.W.
Suite 2100
Atlanta, Georgia 30363-1031
Telephone: (404) 873 8692
Fax: (404) 873-8693

March 12, 2008_____
DATE

Counsel for all Plaintiffs in Case No. 1:04-CV-01400-PLF (D.D.C.)

/s/ William H. Stiles

William H. Stiles (admitted pro hac vice)
James T. Kilbreth (D.C. Bar No. Bar # D00178)
VERRILL DANA, LLP
One Portland Square
P.O. Box 586
Portland, ME  04112-0586
Telephone: (207) 774-4000
Fax: (207) 774-7499

Counsel for all Plaintiffs in Case No. 02-1905 (PLF) (D.D.C.)

March 12, 2008
DATE

/s/ Christopher L. Keough_____

Christopher L. Keough
(DC Bar No. 436567)
Stephanie A. Webster
(DC Bar No. 479524)
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for all Plaintiffs in Case Nos. 02-0601 (PLF) (D.D.C.), 03-0500 (PLF) (D.D.C.),
03-0550 (PLF) (D.D.C.), and 03-0558 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ John M. Faust_____

John M. Faust
(DC Bar No. 433553)
VINSON & ELKINS L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, D.C. 20004-1008
(202) 639-6500 (phone)
(202) 639-6604 (fax)

Counsel for all Plaintiffs in Case Nos. 03-0418 (PLF) (D.D.C.), 03-0419 (PLF) (D.D.C.),
03-0420 (PLF) (D.D.C.), and 03-0492 (PLF) (D.D.C.)


March 12, 2008_____
DATE

/s/ Thomas J. Weiss_____

Thomas J. Weiss
(California State Bar No. 63167)
LAW OFFICES OF THOMAS J. WEISS
1901 Avenue of the Stars, Suite 1501
Los Angeles, California 90067
Telephone: (310) 788-0710
Fax: (310) 788-0735


March 12, 2008_____
DATE




/s/ Erling Hansen_____

Erling Hansen (D.C. Bar No. 192708)
LAW OFFICE OF ERLING HANSEN, ESQ.
1025 Connecticut Avenue, NW
Suite 615
Washington, DC 20036
Telephone: (202) 554-5716
Fax: (202) 554-5761

Counsel for all Plaintiffs in Case No. 06-0820 (PLF) (D.D.C.)


March 12, 2008_____
DATE

51